UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-148-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHANIEL BELTRAN GRINSTEAD | **ORDER TO SEAL** |

On motion of the Defendant, Nathaniel Beltran Grinstead, and for good cause shown, it is hereby ORDERED that the motion to continue sentencing be sealed until further notice by this Court. This Order is grounded on the Defendant's well-founded concern that a public information may compromise his personal privacy. It is further ORDERED that the Defendant's motion to continue sentencing, for the same good cause shown, be filed under seal.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 17th day of September, 2013.

_____
LOUISE W. FLANAGAN
United States District Court Judge